IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:09-cr-00014-MP-AK

NOEL TIRRELL OWENS and
PAUL LYNDEL MANNING,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 42, Motion for Psychological Examination of Defendant, filed by defendant Paul Manning, and Doc. 41, Joint Motion to Continue, filed by the Government and Mr. Manning. In the motion to continue, the Government states as grounds for the requested continuance a scheduling conflict of Alachua County Sheriff Detective Andrew Murray, who the Government considers to be an essential witness for the prosecution. Mr. Manning also requests a continuance because he does not believe that the requested mental health evaluation of Mr. Manning will be completed by the June trial term. The motion is unopposed.

On May 29, 2009, the Court held a telephonic hearing to discuss the status of this case. Although counsel for defendant Noel Owens was not present, he previously authorized the Government to represent that Mr. Owens is unopposed to the continuance. Counsel for Mr. Manning also confirmed that Mr. Manning is unopposed to the continuance. Upon consideration, the Court finds that the ends of justice served by granting the continuance outweigh the interests of the defendants and the public in a speedy trial. By agreeing to the motions, the defendants also waive their speedy trial rights with regard to the period of the

*Page 2 of 2*

continuance. Title 18 U.S.C. § 3161(h)(1)(A) excuses a continuance issued to determine competency from the computation of the time for commencement of a criminal trial. As stated at the hearing, the Court finds that Mr. Manning's unopposed motion for a psychological exam should be granted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Joint Motion to Continue (Doc. 41) is GRANTED. The trial of the defendants, PAUL LYNDEL MANNING and NOEL TIRRELL OWENS, is continued to the trial term beginning August 11, 2009.

2. The Motion for Psychological Exam of Defendant (Doc. 42) is GRANTED. Pursuant to 18 U.S.C. § 3006A(e), defendant PAUL LYNDEL MANNING is authorized to retain Dr. Harry Krop of Gainesville, Florida, to examine him, with compensation not to exceed $1,500.00.

**DONE AND ORDERED** this  *24th*   day of June, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge